IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WALLACE WORMACK**, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Case No. 1:22-cv-01108-SAG |
| | * |
| **CBAC GAMING, LLC**, *et al.*, | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT

For the reasons stated in the accompanying memorandum opinion, it is this 15th day of DECEMBER, 2023, ORDERED that:

(1) Caesars Baltimore Management Company, LLC ("Defendant")'s Motion *in Limine* to Exclude the Testimony of Plaintiffs' Liability Expert, ECF 52, is GRANTED;

(2) Defendant's Motion for Summary Judgment, ECF 51, is GRANTED;

(3) Judgment is ENTERED in favor of Defendant and against Plaintiffs on all Counts in the Complaint, ECF 1-3; and

(4) The Clerk shall CLOSE this case.

/s/
Stephanie A. Gallagher
United States District Judge