
USDC- BALTIMORE
'24 JAN 17 PM2:53

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WALLACE WORMACK**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**CBAC GAMING, LLC**, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-01108-SAG |

### NOTICE OF APPEAL

Notice is hereby given that Wallace Wormack, Lakeisha Jones, and Carolyn Marshall, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit the judgment in favor of the defendant CAESARS BALTIMORE MANAGEMENT COMPANY, LLC, entered in this case on December 15, 2023, and published in an unsealed Memorandum Opinion on January 2, 2024.

Respectfully submitted,

_____
Date

_____
Wallace Wormack, *pro se*
916 Bardswell Road
Catonsville, MD 21228
wallacewormack@gmail.com
(443) 597-9433 - Phone

_____
Lakeisha Jones, *pro se*
916 Bardswell Road
Catonsville, MD 21228
joneslakeisha@live.com
(410) 979-9889 - Phone

_____
Carolyn Marshall, *pro se*
916 Bardswell Road
Catonsville, MD 21228
Carolyn.s.marshall@verizon.net
(443) 831-8461 - Phone

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the ___ day of January 2024, a copy of the foregoing

*Notice of Appeal* was served via first-class mail, postage paid, upon:

Robert L. Hebb, Esq.
Richard J. Medoff, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street, Suite 1900
Baltimore, Maryland 21201

_____
Wallace Wormack

_____
Lakeisha Jones

_____
Carolyn Marshall

2

USDC- BALTIMORE
'24 JAN 17 PM 2:53

On this day of Jan. 17, 2024 we are ~~filing~~ filing an amendment copy of the appeal that was process on Jan 12, 2024 due to we forgot to sign and date the appeal notice but we sign the Certificate of Service. Per a rep at the Fourth Circuit court to file just a amendment to our documents.

Thank you
Wallace Womack
Lakeisha Jones
Carolyn Marshall