FILED: July 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1061
(1:22-cv-01108-SAG)

_____

WALLACE WORMACK; LAKEISHA JONES; CAROLYN MARSHALL

      Plaintiffs - Appellants

v.

CAESARS BALTIMORE MANAGEMENT COMPANY, LLC

      Defendant - Appellee

and

CBAC GAMING, LLC; CBAC BORROWER, LLC; CVPR GAMING HOLDINGS, LLC; PRT TWO, LLC; CAESARS ENTERTAINMENT, INC.; CBAC HOLDING COMPANY, LLC; CAESARS BALTIMORE INVESTMENT COMPANY, LLC; CAESARS ENTERPRISE SERVICES, LLC; CAESARS LICENSE COMPANY, LLC, d/b/a Horseshoe Baltimore Casino; STRON-MD LIMITED PARTNERSHIP; ROCK GAMING, LLC; JACK ENTERTAINMENT, LLC; JACK ENTERTAINMENT IP, LLC; CR BALTIMORE HOLDINGS, LLC

      Defendants

_____

M A N D A T E

_____

The judgment of this court, entered June 27, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*